No. 94–6335.  CARNELL *v.* REED ET AL.  C. A. 11th Cir.  Certiorari denied.

No. 94–6343.  WERNER *v.* BERGEN COUNTY JAIL ET AL.  C. A. 3d Cir.  Certiorari denied.

No. 94–6345.  HERRON-COLE *v.* JETER ET AL.  C. A. 6th Cir.  Certiorari denied.

No. 94–6347.  GOODWIN *v.* MAZUREK, ATTORNEY GENERAL OF MONTANA, ET AL.  C. A. 9th Cir.  Certiorari denied.

No. 94–6348.  JAMERSON *v.* CALIFORNIA.  C. A. 9th Cir.  Certiorari denied.

No. 94–6351.  JOHNSON *v.* EPPS.  C. A. 6th Cir.  Certiorari denied.

No. 94–6358.  DIAZ LOPEZ *v.* COMMONWEALTH OIL REFINING CO., INC., ET AL.  C. A. 1st Cir.  Certiorari denied.

No. 94–6359.  PAYNE *v.* SINGLETARY, SECRETARY, FLORIDA DEPARTMENT OF CORRECTIONS, ET AL.  C. A. 5th Cir.  Certiorari denied.

No. 94–6364.  CHAMBLISS *v.* UNITED STATES.  C. A. 6th Cir.  Certiorari denied.

No. 94–6370.  KIRKPATRICK *v.* STOTTS, SECRETARY, KANSAS DEPARTMENT OF CORRECTIONS, ET AL.  C. A. 10th Cir.  Certiorari denied.

No. 94–6376.  JOHNSON *v.* UNITED STATES.  C. A. 11th Cir.  Certiorari denied.

No. 94–6377.  WORDS *v.* KANSAS.  Dist. Ct. Sedgwick County, Kan.  Certiorari denied.

No. 94–6381.  SINAI *v.* NEW ENGLAND TELEPHONE & TELEGRAPH CO. ET AL.  C. A. 1st Cir.  Certiorari denied.